```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 28532
   JAMES E TUCKER
   CALVES R TUCKER                             CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1905    SSN XXX-XX-4556

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/19/2005 and was confirmed 09/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  43.05% from remaining funds.

     The case was paid in full 12/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED            6898.00          432.38         6898.00
AMERIQUEST MORTGAGE       CURRENT MORTG          .00             .00             .00
CAPITAL ONE AUTO FINANCE  SECURED            6602.50          650.93         6602.50
CAPITAL ONE AUTO FINANCE  UNSECURED OTH      2121.61             .00          913.23
INTERNAL REVENUE SERVICE  PRIORITY           2703.40             .00         2703.40
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED             .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED             .00             .00
THE ASSOCIATES            UNSECURED        NOT FILED             .00             .00
ASSOCIATES NATIONAL BANK  UNSECURED        NOT FILED             .00             .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED             .00             .00
AT & T WIRELESS/CINGULAR  UNSECURED OTH      1607.50             .00          691.98
CAPITAL ONE               UNSECURED           849.98             .00          365.90
CAPITAL ONE               UNSECURED           822.19             .00          353.94
SMC                       UNSECURED            75.26             .00           32.40
CHADWICKS                 UNSECURED        NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED           603.62             .00          259.85
CITI                      UNSECURED        NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED           883.20             .00          380.20
ECAST SETTLEMENT CORP     UNSECURED           295.35             .00          127.14
CITIBANK                  UNSECURED        NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          1208.53             .00          520.25
1ST NATIONAL BANK OF OMA  UNSECURED          4307.26             .00         1854.19
ECAST SETTLEMENT CORP     UNSECURED           560.96             .00          241.48
HSBC                      UNSECURED           548.03             .00          235.92
INTERNAL REVENUE SERVICE  UNSECURED         61101.08             .00        26302.79
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED          4755.63             .00         2047.20
MCI CONSUMER MARKETS      UNSECURED        NOT FILED             .00             .00
SPIEGEL                   UNSECURED        NOT FILED             .00             .00
SBC ILLINOIS              UNSECURED        NOT FILED             .00             .00
SUPERIOR AIR GROUND AMBU  UNSECURED        NOT FILED             .00             .00
UNITED CREDIT UNION       UNSECURED        NOT FILED             .00             .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 28532 JAMES E TUCKER & CALVES R TUCKER
```

```
UNITED CREDIT UNION        UNSECURED      NOT FILED          .00              .00
ECAST SETTLEMENT CORP      UNSECURED         854.44          .00           367.82
AMERICREDIT FINANCIAL SV   UNSECURED        1489.32          .00           641.12
AMERIQUEST MORTGAGE        SECURED NOT I       .00           .00              .00
ECAST SETTLEMENT CORP      UNSECURED        3887.13          .00          1673.33
ECAST SETTLEMENT CORP      UNSECURED        2660.60          .00          1145.34
CAPITAL ONE                UNSECURED         506.79          .00           218.16
PROVIDIAN                  UNSECURED      NOT FILED          .00              .00
MELVIN J KAPLAN            DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                      3,380.55
DEBTOR REFUND              REFUND                                       1,682.52

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 60,722.52

PRIORITY                                         2,703.40
SECURED                                         13,500.50
    INTEREST                                     1,083.31
UNSECURED                                       38,372.24
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             3,380.55
DEBTOR REFUND                                    1,682.52
                        ---------------    ---------------
TOTALS                  60,722.52               60,722.52
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/27/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 05 B 28532 JAMES E TUCKER & CALVES R TUCKER